■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DOMENECH, Appellant. — Appeal by defendant from an order of the County Court, Orange County (Isseks, J.), dated November 20, 1979, which denied his application to be resentenced pursuant to section 60.09 of the Penal Law. Appeal dismissed. No appeal lies from an order denying a motion for resentence pursuant to section 60.09 of the Penal Law (see *People v De Jesus*, 54 NY2d 447; *People v Stephens*, 55 NY2d 778). Lazer, J. P., Mangano, Gibbons and Brown, JJ., concur.